**HCDistrictclerk.com**    MUELLER, STEFAN vs. TRITON DIVING SERVICES LLC      11/10/2021

Cause: 202165951     CDI: 7     Court: 125

## NOTICES

No Notices found.

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | TRITON DIVING SERVICES LLC MAY BE SERVED BY SERVING ITS REGISTERED | 10/8/2021 | 10/11/2021 | | | | 73925998 | E-MAIL |
| | 11095 HIGHWAY 308 LAROSE LA 70373 | | | | | | | | | |
| CITATION | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | TALOS ENERGY LLC MAY BE SERVED THROUGH ITS REGISTERED AGENT | 10/8/2021 | 10/11/2021 | 10/11/2021 | 10/13/2021 | | 73926002 | E-MAIL |
| | 1999 BRYAN STREET SUITE 900 DALLAS TX 75201 | | | | | | | | | |
| CITATION | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | TALOS ENERGY OPERATING COMPANY LLC MAY BE ERVED BY SERVING ITS | 10/8/2021 | 10/11/2021 | 10/11/2021 | 10/13/2021 | | 73926005 | E-MAIL |
| | 1999 BRYAN STREET SUITE 900 DALLAS TX 75201 | | | | | | | | | |
| CITATION CORPORATE | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | PHARMA-SAFE INDUSTRIAL SERVICES INC (A FOREIGN CORPORATION) MAY BE | 10/8/2021 | 10/11/2021 | | | | 73926007 | E-MAIL |
| | 865 HWY 105 WEST APARTMENT 20 SOUR LAKE TX 77659 | | | | | | | | | |
| CITATION CORPORATE | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | C&G WELDING INC (A FOREIGN CORPORATION) MAY BE SERVED THROUGH ITS | 10/8/2021 | 10/11/2021 | | | | 73926008 | E-MAIL |
| | 5551 HWY 311 HOUMA LA 70360 | | | | | | | | | |
| | 5551 HWY 311 HOURNA LA 70360 | | | | | | | | | |

EXHIBIT A-2