IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEFAN MUELLER, NERO DAVIS, GRANT LUKE, PETER LITTLE, RONNIE MATHERNE, BOBBY NELTON, and, JEREMY MCGUIRE | § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 4:21-CV-3687 |
| v. | § § § | |
| TRITON DIVING SERVICES, LLC, TALOS ENERGY, LLC, TALOS ENERGY OPERATING COMPANY, LLC, PHARMA-SAFE INDUSTRIAL SERVICES, INC., and C&G WELDING, INC. | § § § § § § § § | |
| Defendants. | § | |

## EXHIBIT B – LIST OF COUNSEL OF RECORD

**1. Counsel for Plaintiffs, Stefan Mueller, Nero Davis, Grant Luke, Peter Little, Ronnie Matherne, Bobby Nelton and Jeremy McGuire**

    Kurt B. Arnold (SBN: 24036150)
    karnold@arnolditkin.com
    Caj Boatright (SBN: 24036237)
    cboatright@arnolditkin.com
    Roland Christensen (SBN: 24101222)
    alewis@arnolditkin.com
    ARNOLD & ITKIN LLP
    6009 Memorial Drive
    Houston, TX 77007
    Tel: 713.222.3800
    Fax: 713.222.3850
    e-service@arnolditkin.com

2. **Counsel for Defendants, Talos Energy LLC and Talos Energy Operating Company LLC**

   George B. Jurgens, III (Motion for admission pro hac vice to be filed)
   gjurgens@kingjurgens.com
   James D. Bercaw (Motion for admission pro hac vice to be filed)
   jbercaw@kingjurgens.com
   Jedd S. Malish (Motion for admission pro hac vice to be filed)
   jmalish@kingjurgens.com
   KING & JURGENS, L.L.C.
   201 St. Charles Ave., Suite 4500
   New Orleans, LA  70170
   Tel:  504.582.3800
   Fax:  504.582.1233

   and

   Michael S. Wright
   TX Bar No. 22049900
   mwright@kingjurgens.com
   KING & JURGENS, L.L.C.
   6363 Woodway, Suite 820
   Houston, Texas  77057
   Telephone:  713.334.5644
   Facsimile:   713.715.4778

3. **Counsel for Defendant, Trident Diving Services, LLC**

   Blair H. Burnside, T.A.
   TX Bar No.: 24050357
   SDTX Federal ID No: 951481
   bburnside@andersonburnside.com
   ANDERSON BURNSIDE PLLC
   4888 Loop Central Drive, Ste. 530
   Houston, Texas  77081
   Tel: 713.325.0301
   Fax: 713.325.0302

4.  **Counsel for Defendant, Pharma-Safe Industrial Services, Inc.**

    Matthew H. Ammerman
    TX Bar No.:  24001649
    mha@MaritimeDefense.net
    Law Office of Matthew H. Ammerman, P.C.
    2040 North Loop West, Ste. 390
    Houston, Texas  77018-8114
    Tel:  713.227.1404
    Fax:  713.456.2634

5.  **Counsel for Defendant, C&G Welding, Inc.**

    Jad J. Stepp
    TX Bar No.:  19169100
    jstepp@ss-pc.com
    Dennis J. Sullivan
    TX Bar No.:  19573750
    dsullivan@ss-pc.com
    Stepp & Sullivan, P.C.
    720 Rusk Street
    Houston, TX  77002
    Tel:  713.336.7203
    Fax:  713.336.7205